UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ENEKAN EDO,

                                  **ORDER**
         Plaintiff,                  **22 CV 1706 (PKC)(LB)**

  -against-

OFFICER RESTAINO,

         Defendant.
----------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      Plaintiff requests a three-week extension of the deadline to respond to defendant's interrogatories. ECF No. 21. Plaintiff should contact defendant's attorney to request an extension before bringing the matter to the Court's attention. However, as plaintiff's letter is dated December 11, 2022—more than three weeks ago—the extension request is granted *nunc pro tunc*. Plaintiff is reminded that he may contact the Federal Pro Se Legal Assistance Project, a free, limited-scope legal assistance clinic operated by the City Bar Justice Center of the New York City Bar Association.[1]

SO ORDERED.

                                                          /S/
                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated:  January 11, 2023
          Brooklyn, New York

---

[1] A copy of the City Bar Justice Center's flyer is included with this Order.